**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTON A. RIVERA AND DENISE A. RIVERA,**<br><br>Plaintiffs,<br><br>vs.<br><br>**J.P. MORGAN CHASE BANK, N.A.** *et al.*,<br><br>Defendants. | Case No. 16-cv-00636 YGR<br><br>**ORDER DENYING EMERGENCY MOTION TO SHORTEN TIME; ORDERING PLAINTIFFS TO RESPOND TO PENDING MOTIONS**<br><br>Re: Dkt. Nos. 8, 9, 10, 15, 25 |

On March 14, 2016, Plaintiffs filed an emergency motion to shorten time to be heard, requesting that the Court advance the hearing on Plaintiffs' pending motion to remand. (Dkt. No. 25.) The Court **DENIES** Plaintiffs' emergency motion to shorten time. The hearing on all pending motions (Dkt. Nos. 8, 9, 10, 15) remains scheduled for April 12, 2016 on the Court's 2:00 p.m. calendar. Having denied the motion to shorten time, the Court **ORDERS** Plaintiffs to file a reply in support of their motion to remand by **Monday, March 28, 2016**.

Further, Plaintiffs missed their March 1, 2016 deadline to respond to Defendants' pending motions to dismiss (Dkt. Nos. 8, 9) and motion to expunge *lis pendens* (Dkt. No. 10). As of the date of this Order, Plaintiffs have failed to file any responses thereto. The Court therefore **ORDERS** Plaintiffs to respond to Defendants' pending motions (Dkt. Nos. 8, 9, 10) by **Monday, March 21, 2016**. Failure to respond shall be deemed a concession that Plaintiffs do not oppose Defendants' motions and the Court may dismiss this case accordingly. Defendants shall reply in support of their pending motions by **Monday, March 28, 2016**.

This Order terminates Docket Number 25.

**IT IS SO ORDERED.**

Dated: March 15, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**