**DENIED**
Judge Yvonne Gonzalez Rogers
3/29/16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton A. Rivera and Denise A. Rivera, <br><br> Plaintiffs, <br><br> vs. <br><br> Deutsche Bank National Trust Co. as Trustee for Certificate holders of WaMu Mortgage Pass Through Certificate Series 2005-AR6; JP Morgan Chase Bank, N.A.; MTC Financial dba Trustee Corps.; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO and DOES 1 through 1000, inclusive, <br><br> Defendants. | Case No. 3:16-cv-00636-JSC YGR <br><br> **[PROPOSED] AMENDED ORDER GRANTING CONTINUANCE OF HEARING ON PLAINTIFFS' AND DEFENDANTS' MOTIONS SCHEDULED FOR APRIL 12, 2016** |

On March 18, 2016, Plaintiffs ANTON A. RIVERA and DENISE A. RIVERA ("Plaintiffs") and Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee of certificate-holders of the WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-AR6 ("Deutsche Bank") and JPMORGAN CHASE BANK, N.A. ("Chase") (collectively, "Defendants") filed a Joint Stipulation to Continue the hearing on Defendants' Motion to Dismiss the

First Amended Complaint and Motion to *Expunge Lis Pendens* (the "Stipulation").  The Court rules as follows:

    1.    The Stipulation is hereby GRANTED; and

    2.    The hearing on Defendants' Motion to Dismiss the First Amended Complaint and Motion to *Expunge Lis Pendens* is rescheduled to April 26, 2016, or _____.

**IT IS SO ORDERED.**

DATED: _____, 2016

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

RONALD H. FRESHMAN, SBN 225136
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone:   (858) 756-8288
Facsimile:   (858) 964-1728

Attorneys for Plaintiffs
Anton A. Rivera and Denise A. Rivera,