**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTON A. RIVERA AND DENISE A. RIVERA,**<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**J.P. MORGAN CHASE BANK, N.A.** *et al.*,<br><br>　　　　Defendants. | Case No. 16-cv-00636 YGR<br><br>**ORDER VACATING HEARING; DIRECTING PARTIES TO FILE REPLIES IN SUPPORT OF PENDING MOTIONS**<br><br>Re: Dkt. Nos. 8, 9, 10, 15, 30, 35 |

The hearing on all pending motions (Dkt. Nos. 8, 9, 10, 15, 30) currently set for April 26, 2016 is hereby **VACATED** to be reset by the Court if necessary. Accordingly, the request of Plaintiffs' attorney to appear telephonically at the hearing (Dkt. No. 35) is **DENIED AS MOOT**.

The Court **ORDERS** that by no later than April 19, 2016: (1) Defendants shall file and serve a reply in support of the motions to dismiss and to expunge *lis pendens*; and (2) Plaintiffs shall file and serve a reply in support of the motion to remand. If no reply briefs are filed by that date the motions will be deemed submitted.

This Order terminates Docket Number 35.

**IT IS SO ORDERED.**

Dated: April 14, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**