UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANTON A. RIVERA AND DENISE A. RIVERA,**

 Plaintiffs,

 v.

**JPMORGAN CHASE BANK, N.A.** *et al.*,

 Defendants.

Case No. 16-cv-00636 YGR

**ORDER GRANTING DISMISSAL OF RICO CLAIM; REMANDING CASE**

Re: Dkt. Nos. 15, 45

 This removed action is before the Court based on federal question jurisdiction by virtue of the RICO[1] claim alleged against all defendants in the FAC. *See* 28 U.S.C. § 1331. On May 3, 2016, the Court issued an order finding that the FAC did not adequately plead a RICO claim. (Dkt. No. 44.) The Court afforded plaintiffs an opportunity to either amend or dismiss the RICO claim. (*See id.*)

 Plaintiffs now elect the latter option and move to dismiss their RICO claim. (Dkt. No. 45.) Good cause appearing, plaintiffs' motion is **GRANTED** and the RICO claim is **DISMISSED**. This Order therefore disposes of the only federal claim in this case. Where "federal claims are dismissed before trial…pendant state claims also should be dismissed." *See Jones v. Community Redevelopment Agency of City of Los Angeles*, 733 F.2d 646, 651 (9th Cir. 1984). Accordingly, the Court **REMANDS** the remainder of the action to the Contra Costa Superior Court.

 This Order terminates Docket Numbers 15, 45 and terminates this case.

 **IT IS SO ORDERED.**

Dated: May 6, 2016

            _____
            **YVONNE GONZALEZ ROGERS**
            **UNITED STATES DISTRICT COURT JUDGE**

---

[1] All terms shall have the same meaning as defined in the Court's prior order on plaintiffs' motion to remand. (Dkt. No. 44.)